**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, LORENA PEREZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:   CRF-06-00059-AWI |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| LORENA PEREZ, et al., | |
| Defendants. | |

   COMES NOW the Defendant, LORENA PEREZ, and hereby substitutes and appoints RICHARD P. BERMAN, 2333 Merced Street, Fresno, California  93721, (559) 438-7425, as her attorney of record in place and stead of THOMAS J. RICHARDSON, Attorney at Law, 2950 Mariposa, Suite 200, Fresno, California 93721, (559) 264-6481.

   DATED:  April 3    , 2006.


                                        /s/ LORENA PEREZ
                                       LORENA PEREZ

///
///

I ACCEPT THIS SUBSTITUTION.

    Dated: April 3    , 2006.    LAW OFFICE OF RICHARD P. BERMAN

                                    By  /s/ RICHARD P. BERMAN
                                         RICHARD P. BERMAN

I CONSENT TO THE SUBSTITUTION.

    DATED:  April 4   , 2006.

                                     /s/ THOMAS J. RICHARDSON
                                     THOMAS J. RICHARDSON

                    *****************

**ORDER**

    Good cause appearing therefor,

    **IT IS HEREBY ORDERED** that THOMAS J. RICHARDSON, Attorney at Law, is hereby relieved as attorney of record and RICHARD P. BERMAN is substituted in as her attorney of record.

IT IS SO ORDERED.

**Dated:   April 7, 2006**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE

2