**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, LORENA PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CRF-06-0059-OWW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER** |
| vs. | |
| LORENA PEREZ, | |
| Defendant. | |

IF IT PLEASES THE COURT:

The parties herein, through their respective counsel, hereby agree and stipulate that the sentencing hearing currently set for January 11, 2010, at 9:00 a.m. be reset to January 25, 2010, at 9:00 a.m.

1. This resetting is requested as counsel for Defendant will be returning from a trip out of the country;

2. The Government has agreed to this resetting and is available on that date.

3. No prejudice will accrue to any party.

///
///

1
STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER

4. The delay resulting from this continuance shall be excluded in the interests of justice under 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(ii).

Dated: December 21, 2009.   Respectfully submitted,

                                 LAW OFFICE OF RICHARD P. BERMAN

By /s/ RICHARD P. BERMAN
    RICHARD P. BERMAN
    Attorney for Defendant,
    LORENA PEREZ

Dated: December 21, 2009.   BENJAMIN B. WAGNER
                                   United States Attorney

By /s/ KAREN ESCOBAR
    KAREN ESCOBAR
    Assistant U.S. Attorney

*******

**ORDER**

IT IS SO ORDERED.

**Dated:   December 22, 2009**          /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE