(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, LORENA PEREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.: CRF-06-00059-OWW |
|---|---|
| Plaintiff, | **APPLICATION FOR ORDER FOR EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTIES AND ORDER THEREON** |
| vs. | |
| LORENA PEREZ, et al., | |
| Defendants. | |

Defendant, LORENA PEREZ, through counsel, Richard P. Berman, hereby moves the Court for an order exonerating the bond and for reconveyance of real properties in the above-captioned case.

On October 4, 2006, the Magistrate Court ordered LORENA PEREZ released from custody under conditions of Pretrial Services supervision and a total equity property bond not less than $300,000.00.  Real property bonds and promissory notes were delivered to the Court by Rosendo Gonzalez and by Esteban Flores and Maricela Gonzalez.

On February 1, 2010, LORENA PEREZ appeared in the U.S. District Court for the Eastern District of California and was convicted, by plea, of Interstate Transportation and Drug Proceeds and Aiding and Abetting.  On that same date, LORENA

1  PEREZ was ordered to surrender to the Bureau of Prison on March
2  18, 2010, to serve her sentence.  On March 18, 2010, LORENA PEREZ
3  surrendered to the Dublin Penitentiary.
4      Because LORENA PEREZ is in the custody of the Bureau of
5  Prisons, she requests that the Court exonerate the bond
6  previously set by the Magistrate Court and reconvey title to the
7  real properties securing said bond.
8      Dated:  April 19, 2010.      Respectfully submitted,
9                                   LAW OFFICE OF RICHARD P. BERMAN

11                                  By /s/ RICHARD P. BERMAN
                                       RICHARD P. BERMAN
12                                     Attorney for Defendant,
                                       LORENA PEREZ

14                                **ORDER**
15      Good cause appearing therefor,
16      **IT IS HEREBY ORDERED** that the property bonds posted and
17  secured by Rosendo Gonzalez (Deed of Trust Document #2006-068121)
18  and by Esteban Flores and Maricela Gonzalez (Deed of Trust
19  Document #2006-068120) be exonerated.

24  IT IS SO ORDERED.
25  **Dated:   April 28, 2010**              **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE