UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence J. O'Neill  RE: **Lorena Perez**
Chief United States District Judge  **Docket Number: 0972 1:06CR00059-002**
Fresno, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Lorena Perez is requesting permission to travel to San Luis Rio Colorado, Sonora, Mexico. Lorena Perez is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On February 1, 2010, Lorena Perez was sentenced for the offenses of 18 USC 1952 and 2 – Interstate Transportation of Drug Proceeds and Aiding and Abetting (Class D Felony).

**Sentence Imposed:** 60 months Bureau of Prisons; 60 months Supervised Release; and $100 Special Assessment (Paid). Special conditions: Warrantless Search; and Financial Disclosure.

**Dates and Mode of Travel:** Travel from November 24, 2017, through November 26, 2017. Travel arrangements will be made upon Court approval.

**Purpose:** To visit family and attend a family function.

**RE:  Lorena Perez**
    **Docket Number:  0972 1:06CR00059-002**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/ Jose Pulido  for

Tim D. Mechem
Supervising United States Probation Officer

Dated:    November 20, 2017
           Fresno, California
           TDM/rmv

**REVIEWED BY:**        **/s/ Brian J. Bedrosian**
                             **Brian J. Bedrosian**
                             **Supervising United States Probation Officer**

## ORDER OF THE COURT

**The Court orders:**

☒ Approved   ☐ Disapproved

IT IS SO ORDERED.

Dated:   **November 20, 2017**        /s/ Lawrence J. O'Neill
                                                   UNITED STATES CHIEF DISTRICT JUDGE